IN THE UNIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
DIVISION

Shanshan Zhan                                                                 PLAINTIFF

FILED OCT -6 2014 ARTHUR JOHNSTON DEPUTY

VS.                                      CIVIL ACTION NO. 3:14cv777 CWR-FKB

University of Mississippi Medical Center (UMC)            DEFENDANT(S)

### A motion for an appointed attorney

Plaintiff shanshan zhan, pro se, is respectively asking the court for an appointed attorney. The reasons are:

1. Plaintiff has been searching for a lawyer intensively for last two months, following internet search and a list of lawyers provided by EEOC. However, so far, it hasn't been successful. Most of lawyers in Jackson, MS refused to accept Plaintiff's case.

2. A few lawyers would accept the case but charge money from $11,000 – $15,000. It's too much to Plaintiff who can afford. Currently she does not have a job and is facing financial challenges.

3. Plaintiff has a lot of medical bills to pay including breast cancer surgery, radiation treatment and dental bills.

Respectfully submitted, this the 7th day of October, 2014

*[signature]*

Shanshan Zhan

Shanshan Zhan

1778 Pinetree Rd.

Augusta, GA, 30904

Home: 706 733 4410

Cell: 706 399 8819