IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHANSHAN ZHAN                                                                                       PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:14cv777-CWR-FKB

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER (UMMC)                       DEFENDANT

**ORDER DENYING PLAINTIFF'S MOTION FOR AN APPOINTED ATTORNEY**

This cause comes before the Court on Plaintiff's Motion for an Appointed Attorney [2] to represent her in this civil case, in which she has paid the filing fee and is not proceeding *in forma pauperis*. For the reasons set forth below, this motion is **denied**.

There is no statutory authority for appointment of counsel in this civil case even if Plaintiff is allowed to proceed *pro se*. Further, there are no federal funds available to pay such appointed counsel and the court would only appoint involuntary counsel under exigent circumstances. The *pro se* plaintiff certainly has no automatic right to counsel. Salmon v. Corpus Christi Independent School District, 911 F.2d 1165 (5th Cir. 1990)(*citing* Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982)). Assuming the case is meritorious, it is potentially fee-producing and counsel could be obtained on a contingency basis.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for an Appointed Attorney is denied.

SO ORDERED, this the 7th day of October, 2014.

                                                  /s/ F. Keith Ball
                                                  UNITED STATES MAGISTRATE JUDGE