# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**SHANSHAN ZHAN**                                                   **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.: 3:14-CV-777 CWR-FKB**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**          **DEFENDANT**

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Robert V. Greenlee hereby enters his appearance as attorney of record for and on behalf of the Defendant, University of Mississippi Medical Center.

RESPECTFULLY SUBMITTED, this the 21st day of May, 2015.

                                         **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**

                         **BY:**     */s/ Robert V. Greenlee*
                                         **ROBERT V. GREENLEE, MSB#100638**
                                         robert@whitfieldlaw.org
                                         **TOMMY WHITFIELD, MSB# 102482**
                                         tommy@whitfieldlaw.org
                                         **WHITFIELD LAW GROUP, PLLC**
                                         660 Lakeland East, Suite 200
                                         Flowood, Mississippi 39232
                                         (601) 863-8221 – Telephone
                                         (601) 863-8231 – Facsimile

## **CERTIFICATE OF SERVICE**

I, Robert V. Greenlee, of the Whitfield Law Group, PLLC, the undersigned attorney, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system and sent notification of such filing via United States mail, postage prepaid, to the following:

Shanshan Zhan
1778 Pinetree Rd.
Augusta, GA 30904
*Plaintiff*

THIS, the 21st day of May, 2015.

                                                   */s/ Robert V. Greenlee*
                                                   ROBERT V. GREENLEE