IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**SHANSHAN ZHAN**             **PLAINTIFF**

**VS.**             **CIVIL ACTION NO. 3:14cv777CWR -FKB**

**UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**             **DEFENDANT**

---

### NOTICE OF SERVICE

---

TO:    Shanshan Zhan
        1778 Pinetree Rd.
        Augusta, GA 30904

NOTICE is hereby given that Defendant has this date served in the above captioned cause, the following:

1.     Defendant's Initial Disclosures of Core Information.

The undersigned retains the original of the above documents as custodian thereof pursuant to Local Rules.

Dated this the 5th day of June, 2015.

                                             THE UNIVERSITY OF MISSISSIPPI
                                             MEDICAL CENTER

                         By:    */s/ Tommy Whitfield*
                                             **TOMMY WHITFIELD, MSB# 102482**
                                             tommy@whitfieldlaw.org
                                             **ROBERT V. GREENLEE, MSB# 100638**
                                             robert@whitfieldlaw.org
                                             **WHITFIELD LAW GROUP, PLLC**
                                             660 Lakeland East, Suite 200
                                             Flowood, Mississippi 39232
                                             (601) 863-8221 – Telephone
                                             (601) 863-8231 – Facsimile

**CERTIFICATE OF SERVICE**

I, Tommy Whitfield, of the Whitfield Law Group, PLLC, the undersigned attorney, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system and sent notification of such filing via United States mail, postage prepaid, to the following:

>Shanshan Zhan
>1778 Pinetree Rd.
>Augusta, GA 30904
>*Plaintiff*

THIS, the 5th day of June, 2015.

>/s/ Tommy Whitfield
>**TOMMY WHITFIELD, MSB# 102482**