Form 2(c) (ND/SD Miss. Dec. 2011)



UNITED STATES DISTRICT COURT
CHOOSE : DISTRICT OF MISSISSIPPI

shanshan zhan

Plaintiff

v.

UNIVERSITY OF
MISSISSIPPI MEDICAL
CENTER

CIVIL ACTION
NO. 3:14cv777CWR-FKB

Defendant

### NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION

TO:   All Counsel of Record

Notice is hereby given that, on the date entered below,

disclosed to  TOMMY WHITFIELD  , the information required by L.U.CIV.R. 26(a).

June 2, 2015
Date

shanshan zhan
Signature

shanshan zhan
Typed Name & Bar Number

Attorney for: _____